| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) KELLEY, MARY P. | 2. Court or Organization US DISTRICT COURT, DISTRICT OF MASSACHUSETTS | 3. Date of Report 08/09/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) MAGISTRATE JUDGE, FULL-TIME | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |
| 7. Chambers or Office Address U.S. DISTRICT COURT 1 COURTHOUSE WAY, SUITE 7420 ,BOSTON, MA 02210 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2004 | MASSACHUSETTS PENSION AND DEFERRED COMPENSATION PLAN BENEFITS PAYABLE UPON SEPARATION FROM SERVICE, REQUIRED MINIMUM DISTRIBUTIONS BEGIN AT 70 1/2 |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| KELLEY, MARY P. | 08/09/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | WM B EERDMANS PUBLISHING CO - ROYALTY FROM ▓▓▓ BOOK | $929.86 |
| 2. | 2018 | COMMONWEALTH OF MASS - STATE BOARD OF RETIREMENT - | $17,552.52 |
| 3. | 2018 | HARPER CHRISTIAN PUB - ROYALTY FROM ▓▓▓ BOOK | $311.36 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | 2018 | RANKIN AND SULTAN LAW OFFICE |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NY INTELLECTUAL PROPERTY LAW ASSOCIATION | MARCH 23 - 25, 2018 | NEW YORK CITY, NY | FEDERAL JUDICIARY DINNER | HOTEL, PARKING, MILEAGE |
| 2. | REGIONAL DIALOGUE | OCTOBER 14 - 22, 2018 | TASHKENT, UZBEKISTAN | REGIONAL DIALOGUE CONFERENCE | HOTEL, FOOD, LOCAL TRANSPORTATION, AIRFARE |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **KELLEY, MARY P.** | 08/09/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KELLEY, MARY P. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | CITIZENS BANK ACCOUNT | | None | J | T | | | | | |
| 2. | IRA #1 (H) | | | | | | | | | |
| 3. | -BUFFALO MID CAP FUND | A | Dividend | J | T | | | | | |
| 4. | -BUFFALO FLEXIBLE INCOME FUND | B | Dividend | K | T | | | | | |
| 5. | -OAKMARK FUND | B | Dividend | K | T | | | | | |
| 6. | MASSACHUSETTS DEFERRED COMPENSATION PLAN (H): | | | | | | | | | |
| 7. | -SMART PLAN LARGE COMPANY GROWTH STOCK FUND | | None | L | T | | | | | |
| 8. | -SMART PLAN DIVERSIFIED BOND FUND | | None | K | T | | | | | |
| 9. | -SMART PLAN INTERNATIONAL EQUITY FUND | | None | K | T | | | | | |
| 10. | -SMART PLAN SMALL COMPANY STOCK FUND | | None | K | T | | | | | |
| 11. | -SMART PLAN TREAS INFLATION PROTECTION TIPS IDX FUND | | None | J | T | | | | | |
| 12. | CITIZENS BANK (X) | A | Interest | K | T | | | | | |
| 13. | IRA #2 (H) | | | | | | | | | |
| 14. | -FIDELITY GOVERNMENT CASH RESERVES (X) | A | Dividend | K | T | | | | | |
| 15. | -VANGUARD 500 INDEX FD (X) | B | Dividend | L | T | | | | | |
| 16. | IRA #3 (H) | | | | | | | | | |
| 17. | -SCHWAB BANK (X) | A | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KELLEY, MARY P. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -VANGUARD REAL ESTATE ETF (X) | B | Dividend | K | T | | | | | |
| 19. -T ROWE PRICE GLOBAL MULTI SECTOR BOND FUND (X) | B | Dividend | K | T | | | | | |
| 20. -VANGUARD INTERMEDIATE-TERM BOND INDEX FUND (X) | B | Dividend | L | T | | | | | |
| 21. -SCHWAB INTERNATIONAL INDEX FUND (X) | B | Dividend | L | T | | | | | |
| 22. -SCHWAB SALL CAP INDEX FUND (X) | B | Dividend | L | T | | | | | |
| 23. RANKIN & SULTAN GENERAL PARNTERHSIP (X) | G | Distribution | K | U | | | | | |
| 24. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **KELLEY, MARY P.** | 08/09/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII INVESTMENTS AND TRUSTS:  THE NEW ASSETS REPORTED IN COLUMN A FOR WHICH THERE ARE NOT A CORRESPONDING TRANSACTIONS IN COLUMN D ARE BECAUSE OF ASSETS NOW REPORTABLE DUE TO MY MARRIAGE IN 2018.

| Name of Person Reporting | Date of Report |
|---|---|
| KELLEY, MARY P. | 08/09/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARY P. KELLEY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544